UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA PARKER, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | )   No. 2:24-cv-00029-JRS-MKK |
| | ) |
| MATT LEOHR, | ) |
| A. MOSELEY, | ) |
| | ) |
|       Defendants. | ) |

**Order Adopting Report and Recommendation**

This cause comes before the Court on Magistrate Judge M. Kendra Klump's Report and Recommendation, (ECF No. 55), to dismiss the action. On May 6, 2025, during a telephonic status conference with the Parties, Parker orally moved to dismiss the action. Judge Klump reviewed the consequences of Plaintiff's motion with him, and confirmed that the motion was made knowingly and voluntarily. Defendants did not object to the motion. Under 28 U.S.C. § 636(b)(1)(C), a district judge may accept, reject, or modify the recommendation by a magistrate judge. Having considered the Report and Recommendation and the record in this case, the Court agrees that the motion to dismiss should be granted.

Accordingly, the Court **adopts** Judge Klump's Report and Recommendation, (ECF No. 55), and **dismisses** this action. The Clerk is **directed** to enter final judgment and close this case.

**SO ORDERED.**

Date:  6/6/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOSHUA PARKER
251856
IDOC South Bend Parole District
4650 Old Cleveland Road
South Bend, IN 46628

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com